# United States District Court
## EASTERN DISTRICT OF CALIFORNIA



FILED
JUN 0 5 2015
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

|  |  |
|---|---|
| United States of America ) | |
| vs. ) | Case No. 1:15-cr-00095 – LJO - 001 |
| ) | |
| Brian Martinez ) | |

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, _____Brian Martinez_____, have discussed with _____Francisco J. Guerrero_____, Pretrial Services Officer, modifications of my release conditions as follows:

The attached conditions of release are being recommended pursuant to a post-bail pretrial services bail investigation and report.

I consent to this modification of my release conditions and agree to abide by this modification.

_____BMartinez_____  5-18-15          _____[signature]_____  5/18/15
Signature of Defendant    Date              Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____[signature]_____                                   6-5-15
Signature of Assistant United States Attorney              Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____Jerome Price_____                                  6/2/15
Signature of Defense Counsel                               Date

## ORDER OF THE COURT

[✓] The above modification of conditions of release is ordered, to be effective on ____forthwith____.
[ ] The above modification of conditions of release is *not* ordered.

_____[signature] O'Neill_____                           June 5, 2015
Signature of Judicial Officer                              Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services

RE: Martinez, Brian
CONDITIONS OF RELEASE
1:15-cr-00095-LJO-001

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. You shall cooperate in the collection of a DNA sample;

5. Your travel is restricted to Eastern District of California unless otherwise approved in advance by the pretrial services officer;

6. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug and/or alcohol testing as approved by the pretrial services officer. You shall pay all or part of the costs of the testing services based upon your ability to pay, as determined by the pretrial services officer;

9. You shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. You shall pay all or part of the costs of the counseling services based upon your ability to pay, as determined by the pretrial services officer;

10. You shall report any prescriptions provided by a licensed medical practitioner to the pretrial services officer within 48 hours of receipt;

11. You shall report any contact with law enforcement to your pretrial services officer within 24 hours; and,

12. You shall abide by all of the terms and conditions of your Kern County Probation Proposition 36 program.

*B Martinez*      5-18-15
Brian Martinez     Date