BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099


Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:15-CR-00095 LJO-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING |
| v. | |
| BRIAN MARTINEZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Jerome Price, attorney for the defendant, that the sentencing set for July 6, 2015 at 8:30 am before the Honorable Lawrence J. O'Neill be continued to August 3, 2015, at 8:30 a.m.  Government cousel will be out of state on July 6 and 13, 2015, and conferred with defense counsel on an agreeable date, which was August 3, 2015.

///

///

///

///

///

///

Stipulation

1

As such, the parties agree with each other in a request to move the sentencing hearing to August 3, 2015.

Dated: June 19, 2015                              Respectfully submitted,

                                                  BENJAMIN B. WAGNER
                                                  United States Attorney

                                         By       /s/ Kimberly A. Sanchez
                                                  KIMBERLY A. SANCHEZ
                                                  Assistant U.S. Attorney

Dated: June 19, 2015                              /s/ Jerome Price
                                                  JEROME PRICE
                                                  Attorney for Defendant

IT IS SO ORDERED.

    Dated:   **June 22, 2015**             **/s/ Lawrence J. O'Neill**
                                           UNITED STATES DISTRICT JUDGE

Stipulation                               2