# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No: 1:15-cr-00095 NONE |
| Plaintiff, ) | **ORDER APPOINTING COUNSEL** |
| vs. ) | |
| BRIAN MARTINEZ, ) | |
| Defendant. ) | |

The defendant has attested to his financial inability to employ counsel and wishes the Court to appoint counsel to represent him. Therefore, in the interests of justice and according to Sixth Amendment to the United States Constitution and 18 U.S.C. § 3006A, the Court **ORDERS**:

1. Monica Bermudez is APPOINTED to represent the above defendant in this case effective *nunc pro tunc* to August 21, 2020. This appointment shall remain in effect until further order of this court.

IT IS SO ORDERED.

Dated:   **August 23, 2020**            **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE