MCGREGOR W. SCOTT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BRIAN MARTINEZ,<br><br>Defendant. | CASE NO. 1:15-CR-00095<br><br>STIPULATION AND [PROPOSED] ORDER REGARDNG DISPOSITION HEARING<br><br>DATE: October 30, 2020<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a disposition hearing on October 30, 2020.

2. By this stipulation, initiated by the government, the parties stipulate that the disposition hearing may be continued to November 5, 2020, to resolve a scheduling conflict.

IT IS SO STIPULATED.

1

Dated:  September 22, 2020            M<small>C</small>GREGOR W. SCOTT
                                      United States Attorney


                                      /s/ ANTONIO J. PATACA
                                      ANTONIO J. PATACA
                                      Assistant United States Attorney


Dated:  September 22, 2020            /s/ ERIC KERSTEN
                                      ERIC KERSTEN
                                      Counsel for Defendant
                                      BRIAN MARTINEZ


## [~~PROPOSED~~] FINDINGS AND ORDER

Based upon the stipulation and representations of the parties, the Court orders the disposition hearing be continued until November 5, 2020.

IT IS SO ORDERED.

Dated:   **September 22, 2020**           **/s/ Jennifer L. Thurston**
                                      UNITED STATES MAGISTRATE JUDGE

2